## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

Marisa Elizabeth Tennessee,

                                                 Case No. 25-10140-AMC
                                                 Chapter 13
                              Debtor.

### Order Granting Motion to Extend the Automatic Stay

And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Marisa Elizabeth Tennessee, with proper notice opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date:                          _____

                               Honorable Ashely M. Chan
                               Chief U.S. Bankruptcy Judge