# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Marisa Elizabeth Tennessee,<br><br>                            Debtor. | Case No. 25-10140-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: January 13, 2025

*/s/ Michael A. Cibik*

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302


Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104


City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819


Cornerstone
PO Box 82561
Lincoln, NE 68501


Credit Karma/Credit Builder
Attn: Bankruptcy 1100 Broadway .Ste 1800
Oakland, CA 94607

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Freedom Credit Union
Attn: Bankruptcy
626 Jacksonville Road , Suite 250
Warminster, PA 18974

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
P.O. Box 12914
Norfolk, VA 23541-0914

RentReporters
Attn: Bankruptcy 87 N Raymond Ave #522
Pasadena, CA 91103

Syncb/Old Navy
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322