*Form 130* (3/23)–doc 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Marisa Elizabeth Tennessee<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25–10140–amc<br><br>Chapter: 13 |

## Order Requiring Documents

     **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

     It is hereby ORDERED that:

     1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

     Documents and Deadline

     Means Test Calculation 122C–2 Due 1/27/25
     Plan Due 1/27/25
     Schedules A Due 1/27/25
     Schedules B Due 1/27/25
     Schedules C Due 1/27/25
     Schedules D Due 1/27/25
     Schedules E Due 1/27/25
     Schedules F Due 1/27/25
     Schedules G Due 1/27/25
     Schedules H Due 1/27/25
     Schedules I Due 1/27/25
     Schedules J Due 1/27/25
     Statement of Attorney Compensation Due 1/27/25
     Statement of Current Monthly Income (122C–1) Due 1/27/25
     Statement of Financial Affairs Due 1/27/25
     Summary of Assets and Liabilities Due 1/27/25

     2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: January 14, 2025                                                       By the Court

                                                                                            Ashely M. Chan
                                                                                            Chief Judge, United States Bankruptcy Court