## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
**7542 Beverly Rd**
**Philadelphia, PA 19138**
**US**

| | |
|---|---|
| **Employee Number** | |
| **Department** | OHR Office of Human Resources |
| **Location** | Municipal Services Building, 15th Floor |
| **Payperiod Ending** | 2025/01/19 |
| **Date Payable** | 2025/01/24 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 58.90 | 1,894.62 |
| Excused Time | 10.80 | 347.40 |
| Certified Sick | 1.00 | 32.17 |
| Vacation | 4.80 | 154.40 |
| Longevity Pay | 0.00 | 31.82 |
| **Gross Current Earnings** | | **2,460.41** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 136.54 | 274.94 |
| Social Security | 150.21 | 301.43 |
| Medicare | 35.13 | 70.50 |
| PA State Tax | 74.38 | 149.26 |
| PA Unemployment | 1.69 | 3.40 |
| Philadelphia | 92.27 | 185.15 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 37.69 | 75.38 |
| Pen_Plan Y9 | 126.22 | 253.27 |
| Def Comp Flat | 50.00 | 100.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,460.41 | 4,937.11 |
| Net Earnings | 1,695.58 | 3,402.38 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 30.00 |
| Life Ins Dep | 0.81 | 1.62 |
| Critical Ill Ins | 5.67 | 11.34 |
| Deferred Comp Loan | 39.22 | 78.44 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| Admin Leave (Expires 30-Jun-2025) | 7.50 |
| Comp Time | 2.70 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 45.00 |
| Holiday Comp | 1.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 243.86 |
| Special Comp | 0.00 |
| Vacation | 346.01 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 253.27 | 20,724.45 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

CITY OF PHILADELPHIA

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Marisa Tennessee
7542 Beverly Rd
Philadelphia, PA 19138
US

| | |
|---|---|
| **Employee Number** | |
| **Department** | OHR Office of Human Resources |
| **Location** | Municipal Services Building, 15th Floor |
| **Payperiod Ending** | 2025/01/05 |
| **Date Payable** | 2025/01/10 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 45.20 | 1,453.92 |
| Excused Time | 7.40 | 238.04 |
| Uncertified Sick | 8.40 | 270.20 |
| Holiday Cash | 15.00 | 482.50 |
| Longevity Pay | 0.00 | 32.04 |
| **Gross Current Earnings** | | **2,476.70** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 138.40 | 138.40 |
| Social Security | 151.22 | 151.22 |
| Medicare | 35.37 | 35.37 |
| PA State Tax | 74.88 | 74.88 |
| Philadelphia | 92.88 | 92.88 |
| PA Unemployment | 1.71 | 1.71 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 37.69 | 37.69 |
| Pen_Plan Y9 | 127.05 | 127.05 |
| Def Comp Flat | 50.00 | 50.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,476.70 | 2,476.70 |
| Net Earnings | 1,706.80 | 1,706.80 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 15.00 |
| Life Ins Dep | 0.81 | 0.81 |
| Critical Ill Ins | 5.67 | 5.67 |
| Deferred Comp Loan | 39.22 | 39.22 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2025) | 7.50 |
| Comp Time | 1.95 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 45.00 |
| Holiday Comp | 1.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 235.48 |
| Special Comp | 0.00 |
| Vacation | 338.31 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 127.05 | 20,598.23 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

CITY OF PHILADELPHIA

# Payslip
## Earnings and Deductions

**CITY OF PHILADELPHIA**

Marisa Tennessee
7542 Beverly Rd
Philadelphia, PA 19138
US

| | |
|---|---|
| Employee Number | |
| Department | OHR Office of Human Resources |
| Location | Municipal Services Building, 15th Floor |
| Payperiod Ending | 2024/12/22 |
| Date Payable | 2024/12/27 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 30.50 | 981.08 |
| Vacation | 45.30 | 1,457.15 |
| Longevity Pay | 0.00 | 31.95 |
| **Gross Current Earnings** | | **2,470.18** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 137.66 | 933.96 |
| Social Security | 150.82 | 3,668.70 |
| Medicare | 35.27 | 858.00 |
| PA State Tax | 74.68 | 1,816.60 |
| Philadelphia | 92.63 | 2,231.18 |
| PA Unemployment | 1.70 | 41.42 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Assume Time | -4.50 | -136.69 |
| Retro Time Entry W | 4.50 | 136.71 |
| **Gross Retro Earnings** | | **0.02** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 37.69 | 246.14 |
| Med Ded Pretax | 0.00 | 79.86 |
| Pen_Plan Y9 | 126.72 | 3,052.26 |
| Def Comp Flat | 50.00 | 1,300.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,470.20 | 59,498.57 |
| Net Earnings | 1,702.33 | 43,692.25 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 390.00 |
| Life Ins Dep | 0.81 | 21.06 |
| Critical Ill Ins | 5.67 | 147.42 |
| Deferred Comp Loan | 39.22 | 1,019.72 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| Admin Leave (Expires 30-Jun-2025) | 7.50 |
| Comp Time | 1.95 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 45.00 |
| Holiday Comp | 1.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 243.88 |
| Special Comp | 0.00 |
| Vacation | 335.18 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 3,052.26 | 20,471.18 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

Case 25-10140-amc    Doc 14    Filed 01/31/25    Entered 01/31/25 12:50:51    Desc Main
Document      Page 6 of 8

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 2

**For questions about any of the entries or instructions shown contact your departments Payroll Supervisor or Human Resource Manager.**

**Retro Earning Details** – Name of the earnings type. For example, Time Entry Wages, Work from Home, Vacation etc.

**Original Entry Date** – The date of the original entry for the hour types or earnings being recorded. For example, if 2 hours are added for 10-May-2022 and the retro is processed for a pay-period sometime in June of 2022, this column will show 10-May-2022.

**PPE of Date Earned** – This is the pay-period end (PPE) date of the Original Entry Date. Using the example above, the Original Entry Date is 10-May-2022 and the pay-period end date is 15-May-2022. this column will show 15-May-2022.

**Hours** – These are the number of hours being brought over as a retro adjustment from prior pay-periods.
Note:
- If a rate change (salary increase or decrease) is being brought over as a retro adjustment, the **Hours** field is not applicable and will be blank.
- A negative value in this field indicates that the hours being taken back.

**Amount** – For each of the transaction types entered in the **Retro Earning Details** field, this is the amount being "paid to" or "recovered from" the employee because of a retro transaction that was entered.

| Retro Earning Details | Actual Date Earned | PPE Date Earned | Hours | Gross Amount |
|---|---|---|---|---|
| **Retro Assume Time** | **06-NOV-2024** | **10-NOV-2024** | **-.5** | **-15.18** |
| **Retro Assume Time** | **07-NOV-2024** | **10-NOV-2024** | **-4** | **-121.51** |
| **Retro Time Entry W** | **06-NOV-2024** | **10-NOV-2024** | **.5** | **15.19** |
| **Retro Time Entry W** | **07-NOV-2024** | **10-NOV-2024** | **4** | **121.52** |

# Payslip
## Earnings and Deductions

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
**7542 Beverly Rd**
**Philadelphia, PA 19138**
**US**

**Employee Number**
**Department** OHR Office of Human Resources
**Location** Municipal Services Building, 15th Floor
**Payperiod Ending** 2024/12/08
**Date Payable** 2024/12/13
**Payment Method** Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 59.20 | 1,877.47 |
| Excused Time | 1.60 | 51.47 |
| Holiday Cash | 15.00 | 482.50 |
| Longevity Pay | 0.00 | 24.21 |
| **Gross Current Earnings** | | **2,435.65** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 796.30 |
| Social Security | 148.67 | 3,517.88 |
| Medicare | 34.77 | 822.73 |
| PA State Tax | 73.62 | 1,741.92 |
| PA Unemployment | 1.68 | 39.72 |
| Philadelphia | 91.34 | 2,138.55 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 37.69 | 208.45 |
| Med Ded Pretax | 0.00 | 79.86 |
| Pen_Plan Y9 | 124.95 | 2,925.54 |
| Def Comp Flat | 50.00 | 1,250.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,435.65 | 57,028.37 |
| Net Earnings | 1,812.23 | 41,989.92 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 375.00 |
| Life Ins Dep | 0.81 | 20.25 |
| Critical Ill Ins | 5.67 | 141.75 |
| Deferred Comp Loan | 39.22 | 980.50 |

| Accruals | Net Entitlement |
|---|---|

*The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.*

| | |
|---|---|
| **Admin Leave** (Expires 30-Jun-2025) | 7.50 |
| Comp Time | 1.95 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 45.00 |
| Holiday Comp | 1.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 234.51 |
| Special Comp | 0.00 |
| Vacation | 371.11 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 2,925.54 | 20,344.46 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**