# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Marisa Elizabeth Tennessee,<br><br>　　　　　　　　　　Debtor. | Case No. 25-10140-AMC<br>Chapter 13 |

## ORDER DIRECTING EMPLOYER
## TO MAKE WAGE DEDUCTION

Upon motion of Marisa Elizabeth Tennessee, it is hereby **ORDERED** that:

1. Debtor's employer, the City of Philadelphia ("the employer") shall pay $444.00 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.


Date:　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court

CC: City of Philadelphia
ATTN: Office of Human Resources
1401 John F Kennedy Blvd
15th Floor
Philadelphia, PA 19101