United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 25-10140-amc
Marisa Elizabeth Tennessee                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                                    Page 1 of 1
Date Rcvd: Feb 04, 2025                  Form ID: pdf900                             Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Marisa Elizabeth Tennessee, 7542 Beverly Rd, Philadelphia, PA 19138-1415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: megan.harper@phila.gov | Feb 05 2025 00:17:00 | City of Philadelphia, attn: Office of Human Resources, 1401 John F Kennedy Blvd. 15th floor, Philadelphia, PA 19101 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2025                 Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marisa Elizabeth Tennessee help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

Marisa Elizabeth Tennessee,

                    Debtor.

Case No. 25-10140-AMC
Chapter 13

**ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION**

Upon motion of Marisa Elizabeth Tennessee, it is hereby **ORDERED** that:

1.  Debtor's employer, the City of Philadelphia ("the employer") shall pay
    $444.00 directly from each of her regular bi-weekly paychecks, to the chapter 13
    trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2.  The employer will place the Debtor's name and bankruptcy number clearly on all
    remitted payments.

3.  This order terminates upon dismissal or discharge of this case without further
    order of this Court. Otherwise, it can be dissolved or modified only by a
    subsequent court order.

4.  This order supersedes and replaces all previous orders, if any, made to the subject
    employer in this case.

Date:

**Date: February 4, 2025**

_____
Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court

CC: City of Philadelphia
ATTN: Office of Human Resources
1401 John F Kennedy Blvd
15th Floor
Philadelphia, PA 19101