# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Marisa Elizabeth Tennessee,<br><br>                              Debtor. | Case No. 25-10140-AMC<br>Chapter 13 |

### Order Granting Motion to Extend the Automatic Stay

And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Marisa Elizabeth Tennessee, with proper notice opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date:

**Date: February 13, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge