# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Marisa Elizabeth Tennessee, | Case No. 25-10140-DJB |
| | Chapter 13 |
| Debtor. | SSN No. XXX-XX-2340 |

### Debtor's Motion to Pay Trustee by Wage Attachment

Debtor Marisa Elizabeth Tennessee, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: August 1, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com