United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-10140-djb

Marisa Elizabeth Tennessee     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1

Date Rcvd: Aug 04, 2025     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: megan.harper@phila.gov | Aug 04 2025 23:56:00 | City of Philadelphia, Attn: Office of Human Resources, 1401 John F. Kennedy Blvd 15th Floor, Philadelphia, PA 19101 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marisa Elizabeth Tennessee help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Marisa Elizabeth Tennessee, | Case No. 25-10140-DJB |
| | Chapter 13 |
| Debtor. | SSN No. XXX-XX-2340 |

ORDER DIRECTING EMPLOYER
TO MAKE WAGE DEDUCTION

Upon motion of Marisa Elizabeth Tennessee, it is hereby **ORDERED** that:

1. Debtor's employer, the City of Philadelphia ("the employer") shall pay $454.63 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Kenneth E. West, Chapter 13 Trustee
   P.O. Box 1799
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **August 4, 2025**

_____
Honorable Derek J. Baker
Judge, United States Bankruptcy Court

CC: City of Philadelphia
ATTN: Office of Human Resources
1401 John F Kennedy Blvd
15th Floor
Philadelphia, PA 19101