# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Marisa Elizabeth Tennessee,<br><br>                     Debtor. | Case No. 25-10140-DJB<br>Chapter 13 |

**Certificate of Service**

      I, Michael A. Cibik, certify that on August 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

      I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 20, 2025

                                                                          /s/ Michael A. Cibik
                                                                        Michael A. Cibik (#23110)
                                                                        Cibik Law, P.C.
                                                                        1500 Walnut Street, Suite 900
                                                                        Philadelphia, PA 19102
                                                                        215-735-1060
                                                                        mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Ally Financial Inc.**
Attn: Michael Rhodes, CEO
Ally Detroit Center
500 Woodward Avenue
Detroit, MI 48226
Method of Service: First Class Mail

**Navy Federal Credit Union**
Attn: Dietrich Kuhlmann, CEO
Navy Federal Headquarters Building
820 Follin Ln
Vienna, VA 22180
Method of Service: First Class Mail