United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marisa Elizabeth Tennessee  
    Debtor

Case No. 25-10140-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 18, 2025      Form ID: 155      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Marisa Elizabeth Tennessee, 7542 Beverly Rd, Philadelphia, PA 19138-1415 |
| 14968064 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14968067 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14968070 | #+ | RentReporters, Attn: Bankruptcy 87 N Raymond Ave #522, Pasadena, CA 91103-3904 |
| 14968073 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14969321 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:20:45 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977952 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:32:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14968052 | | Email/Text: ally@ebn.phinsolutions.com | Sep 19 2025 00:22:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14968056 | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14968059 | | Email/Text: bankruptcy@creditkarma.com | Sep 19 2025 00:22:00 | Credit Karma/Credit Builder, Attn: Bankruptcy 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 14968053 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:32:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14968054 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 19 2025 00:21:35 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14971227 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2025 00:31:48 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14968055 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 19 2025 00:23:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14968057 | | Email/Text: bankruptcy@philapark.org | Sep 19 2025 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14968058 | ^ | MEBN | Sep 19 2025 00:14:26 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14968060 | | Email/Text: mrdiscen@discover.com | Sep 19 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14968061 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | | |

| Recipient ID | Delivery | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 19 2025 00:22:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14968062 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2025 00:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14985319 | Email/Text: BNCnotices@dcmservices.com | Sep 19 2025 00:22:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14971326 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 00:32:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14987775 | + Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2025 00:23:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14968063 | + Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2025 00:23:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14985317 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:31:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14968069 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:31:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14968065 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14968066 | ^ MEBN | Sep 19 2025 00:14:31 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14968068 | Email/Text: bankruptcy@philapark.org | Sep 19 2025 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14970724 | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2025 00:23:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14968071 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2025 00:20:42 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14968072 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2025 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14968074 | Email/Text: bknotice@upgrade.com | Sep 19 2025 00:22:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 155 | Total Noticed: 32 |
| Date: Sep 20, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marisa Elizabeth Tennessee help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Marisa Elizabeth Tennessee  )  Case No. 25−10140−djb
   )
   )
Debtor(s).  )  Chapter: 13
   )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 18, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court